UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER CAMPBELL, | ) | |
| | ) | |
| Movant, | ) | NO. 3:11-00641 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## O R D E R

Before the Court is Movant's motion to vacate (Docket Entry No. 1) under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. Upon review, Movant's claims are not frivolous.

The office of the United States Attorney for this judicial district shall file a response to the § 2255 Motion in accordance with Rule 5, Rules --- § 2255 Cases, within sixty (60) days from the date of entry of this Order on the docket.

It is so **ORDERED**.

ENTERED this the 15th day of July, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge